# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
: 
JEFF SCROGGINS,                       :
P.O. Box 6387                        :
Breckenridge, CO 80424        :
:
     Plaintiff,                 :
:
v.                             :     Civil Action No.: 1:17-CV-000
:
HANLEY WOOD MEDIA, INC.,  :     COMPLAINT AND JURY
One Thomas Circle, NW, Suite 600 :     DEMAND
Washington, DC 20005       :
:
     Defendant.             :
:
_____:

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff, JEFF SCROGGINS ("Plaintiff"), brings this complaint in the United States District Court for the Western District of Virginia against HANLEY WOOD MEDIA, INC. ("Defendant"), alleging as follows:

## PARTIES

1.  Plaintiff is a nationally-recognized commercial photographer of seventeen (17) years. Plaintiff produces high-quality landscapes, portraits, and architectural photographs, and regularly works for a wide variety of commercial and advertising clients, including Four Seasons, Marriot, Pella Windows & Doors, Ritz-Carlton, and Vail Resorts. Plaintiff is a United States citizen and resides in Breckenridge, Colorado.

2.  On information and belief, Defendant is a for-profit corporation existing under the laws of the Delaware, with headquarters in the District of Columbia. Defendant publishes numerous magazines, available in digital and print, including *Metalmag* magazine ("Metalmag"). Defendant serves readers throughout the United States and internationally.

JURISDICTION AND VENUE

3.  This is a civil action seeking damages for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.).

4.  This Court has jurisdiction under 17 U.S.C. § 101 et seq.; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

5.  This Court has personal jurisdiction over the Defendant, and venue in this District is proper under 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(a), in that a substantial part of the acts of infringement complained of herein occurred in this District.

FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS

6.  Plaintiff captured the photographs, "XJet-1" ("Copyrighted Photograph #1") (EXHIBIT A) and "XJet.7" ("Copyrighted Photograph #2") (EXHIBIT B) (Together "Copyrighted Photographs") on July 10, 2007 at the Arapahoe County Public Airport, Centennial, Colorado. Plaintiff captured the Copyrighted Photographs using multiple exposures, sophisticated lighting, and a support crew.

7.  Plaintiff deposited a copy of Copyrighted Photograph #1 with the United States Copyright Office and paid the required registration fee in accordance with 17 U.S.C. § 408-9, 708.

8.  Plaintiff received a receipt of his registration application (Case Number 1-4228764431) for the Copyrighted Photograph #1 from the United States Copyright Office (EXHIBIT C).

9.  Plaintiff deposited a copy of Copyrighted Photograph #2 with the United States Copyright Office and paid the required registration fee in accordance with 17 U.S.C. § 408-9, 708.

10. Plaintiff received a receipt of his registration application (Case Number 1-4277280911) for Copyrighted Photograph #2 from the United States Copyright Office (EXHIBIT D).

11. Plaintiff published Copyrighted Photographs on www.jeffscroggins.com on or about August 2007.

12. Beginning on or about February 2011, Defendant copied and posted Copyrighted Photographs to the following URLs: www.metalmag.com, and metalmag.com/transportation-projects/pushing-the-envelope.aspx (EXHIBIT E).

13. Beginning on or about December 2011, Defendant copied and posted Copyrighted Photograph #1 to the following URL, www.metalmagmediakit.com/r5/showkiosk.asp?listing_id=2107641, as part of Defendant's 2012 Media Kit (EXHIBIT F).

14. Defendant used Copyrighted Photograph #1 on the front cover of the January/February 2011 print issue of Metalmag (EXHIBIT G).

15. Defendant used Copyrighted Photograph #2 on the opening, double-page spread for the article, "Pushing the Envelope," by KJ Fields, on pages 32-33 of the January/February 2011 print issue of Metalmag (EXHIBIT H).

16. Defendant used Copyrighted Photographs in same manner as described in Paragraphs 14 and 15 for the corresponding January/February 2011 digital issue of Metalmag (EXHIBIT I).

<u>COUNT I: INFRINGEMENT OF COPYRIGHT PURSUANT TO 17 U.S.C. §101 ET SEQ.</u>

17. Plaintiff incorporates herein by this reference each and every allegation contained in each paragraph above.

18. Plaintiff is, and at all relevant times has been, the copyright owner or licensees of exclusive rights under United States copyright with respect to certain photographs, including but not limited to the Copyrighted Photographs of which are the subject of a valid applications for a Certificates of Copyright Registration issued by the Register of Copyrights.

19. Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Photographs and to distribute the Copyrighted Photographs to the public.

20. Plaintiff is informed and believes Defendant, without the permission or consent of Plaintiff, have copied and used the Copyrighted Photographs on Defendant's public website, www.metalmag.com. In doing so, Defendant violated Plaintiff's exclusive rights of reproduction and distribution. Defendant's actions constitute infringement of Plaintiff's copyrights and exclusive rights under copyright.

21. Plaintiff is informed and believes Defendant, without the permission or consent of Plaintiff, have copied and used the Copyrighted Photographs on Defendant's public website, www.metalmagmediakit.com. In doing so, Defendant violated Plaintiff's exclusive rights of reproduction and distribution. Defendant's actions constitute infringement of Plaintiff's copyrights and exclusive rights under copyright.

22. Plaintiff is informed and believes that the foregoing acts of infringement were willful and intentional, in disregard of and with indifference to the rights of Plaintiff.

23. As a result of Defendant's infringement of Plaintiff's copyrights and exclusive rights under copyright, Plaintiff is entitled to actual damages pursuant to 17 U.S.C. § 504(b).

## COUNT II: CONTRIBUTORY INFRINGEMENT

24. Plaintiff is informed and believes that Defendant, without the permission or consent of Plaintiff, knowingly distributed the Copyrighted Photographs as part of the January/February 2011 print and digital issues of Metalmag to third party publishers and distributors, specifically DigiMag and GFXtra. Digital copies of the January/February 2011 issue of Metalmag were available to purchase at the respective URLs: www.mydigimag.rrd.com/ publication/?i=60597#{%22issue_id%22:60597,%22page%22:0} (EXHIBIT I), and www.gfxtram.com/magazines/design-magazines/56848-metalmag-magazine-januaryfebruary-2011.html (EXHIBIT J), respectively.

25. Plaintiff is informed and believes that Defendant, without the permission or consent of Plaintiff, had knowledge or reason to know of such contributory infringement.

26. As a result of Defendant's actions, Plaintiff is entitled to actual damages or such other and further relief as is just and proper.

## COUNT III: REMOVAL AND ALTERATION OF INTEGRITY OF COPYRIGHT MANAGEMENT INFORMATION PURSUANT TO 17 U.S.C. §1202

27. Plaintiff is informed and believes that Defendant, without the permission or consent of Plaintiff, knowingly and with the intent to conceal infringement, intentionally provided false copyright management information with the Copyrighted Photographs on their commercial website, www.metalmag.com.

28. Plaintiff is informed and believes that Defendant, without the permission or consent of
Plaintiff, knowingly and with the intent to conceal infringement, intentionally provided false
copyright management information with the Copyrighted Photographs in the January/
February 2011 print and digital issues of Metalmag.

29. In the instances described in Paragraphs 27 and 28, Defendant credited the Copyrighted
Photographs to: "Rigid Global Buildings" (EXHIBIT K). In doing so, Defendant violated 17
U.S.C. § 1202(a)(1) and (b)(1).

30. As a result of Defendant's actions, Plaintiff is entitled to actual damages or statutory
damages pursuant to 17 U.S.C. § 1203(b)(3). Plaintiff is further entitled to their attorney's
fees and costs pursuant to 17 U.S.C. § 1203(b)(5).

PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

A. Declaring that Defendant's unauthorized conduct violates Plaintiff's rights under the Federal
Copyright Act;

B. Immediately and permanently enjoining Defendant, their officers, directors, agents, servants,
employees, representatives, attorneys, related companies, successors, assigns, and all others
in active concert or participation with them from copying and republishing Plaintiff's
Copyrighted Photographs without consent or otherwise infringing Plaintiff's copyright or
other rights in any manner;

C. Ordering Defendant to account to Plaintiff for all gains, profits, and advantages derived by
Defendant by their infringement of Plaintiff's copyright or such damages as are proper, and

since Defendant intentionally infringed Plaintiff's copyright, for the maximum allowable

statutory damages for each violation;

D.   Awarding Plaintiff actual and/or statutory damages for Defendant's copyright infringement

in an amount to be determined at trial;

E.   Awarding Plaintiff his costs, reasonable attorney's fees, and disbursements in this action,

pursuant to 17 U.S.C. § 505, 17 U.S.C. § 1203(b)(3), and § 1203(b)(5); and

F.   Awarding Plaintiff such other and further relief as is just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all claims for which there is a right to jury

trial.

Dated: February 28, 2017

_____/s/__David C. Deal_____
David C. Deal (VA Bar No.: 86005)
The Law Office of David C. Deal, P.L.C.
P.O. Box 1042
Crozet, VA 22932
434-233-2727, Telephone
888-965-8083, Facsimile
*Attorney for Plaintiff*

EXHIBIT A



EXHIBIT B



<u>EXHIBIT C</u>



**Submit Your Work(s)**

To complete your submission, please submit the required copy(ies) of your work (http://www.copyright.gov/eco/help-deposit-req.html). You may (1) upload electronic files if the work meets the req

(1) Upload your work(s) (http://www.copyright.gov/eco/help-upload-tutorial.html): Please perform the following steps for the case(s) in the table below:
**Step 1:** Click the "Select files to upload" button. Using your computer's browser, select your files for the corresponding work then click the "Start upload" button.
**Step 2:** After uploading all files for this work, click the corresponding "Complete Your Submission" (http://www.copyright.gov/eco/help-upload-complete.html) button. Files cannot be uploaded later

**Please note: Files cannot be returned or deleted once uploaded. To avoid delays and/or a later effective date of registration, please verify the following before uploading a copy of yo**

- It is a category of work that may be uploaded (http://www.copyright.gov/eco/help-upload-category.html)
- It is an acceptable file type (http://www.copyright.gov/eco/help-acceptable-files.html#type)
- It is an acceptable file size (http://www.copyright.gov/eco/help-acceptable-files.html#size)

**Upload Your Work(s)**

| Case Details | Step 1: Select & Upload Files |
|---|---|
| Case #: 1-4226764431 | |
| Title: Xjet-1 | |
| Volume: | |
| Number: | |
| Issue Date: | |
| Type of Work: Work of the Visual Arts | |

(2) Send Your Work(s) by Mail:

- Click the "Create Shipping Slip" button in the table below; a Shipping Slip link will appear in the Attachments column.

- Click the Shipping Slip link and print out and attach the shipping slip(s) to your deposit copy(ies). For multiple cases, be sure to attach shipping slips to the corresponding copies.

- Mail the deposit copy(ies) within 30 days to the Copyright Office address at the bottom of the slip. Note: Your effective date of registration will be based on the date on which we receive the copies **with corresponding shipping slips attached**.

Click "Home" after uploading files(s) or printing shipping slip(s). You may verify the submission in the open Cases table on your eCO Home page.

**Send Your Work(s) by Mail**

| Create Shipping Slip |
|---|

(JavaScript:SWESubmitForm(document.SWEForm1_0,s_0,"s_1_1_11_0",""))

| Attachment (JavaScript:SWESubmitForm(document.SWEForm1_0,s_1,"s_1_2_10_0","")) | File (JavaScript:SWESubmitForm(document.SWEForm1_0,s_1,"s_1_2_21_0","")) | Size (JavaScript:SWESubmitForm(document |
|---|---|---|
| Name (JavaScript:SWESubmitForm(document.SWEForm1_0,s_2,"s_2,"s_1_2_10_0","")) | Type (JavaScript:SWESubmitForm(document.SWEForm1_0,s_2,"s_1_2_21_0","")) | (JavaScript:SWESubmitForm(document |

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing
information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

Take Our Survey! (http://libraryofcongress.polldaddy.com/s/copyright-

EXHIBIT D





**Submit Your Work(s)**

To complete your submission, please submit the required copy(ies) of your work (http://www.copyright.gov/eco/help-deposit-req.html). You may (1) upload electronic files if the work meets t

(1) Upload your work(s) (http://www.copyright.gov/eco/help-upload-tutorial.html). Please perform the following steps for the case(s) in the table below.
**Step 1:** Click the "Select files to upload" button. Using your computer's browser, select your files for the corresponding work then click the "Start upload" button.
**Step 2:** After uploading all files for this work, click the corresponding "Complete Your Submission" (http://www.copyright.gov/eco/help-upload-complete.html) button. Files cannot be uploade

**Please note: Files cannot be returned or deleted once uploaded. To avoid delays and/or a later effective date of registration, please verify the following before uploading a copy**

- It is a category of work that may be uploaded (http://www.copyright.gov/eco/help-upload-category.html)
- It is an acceptable file type (http://www.copyright.gov/eco/help-acceptable-files.html#type)
- It is an acceptable file size (http://www.copyright.gov/eco/help-acceptable-files.html#size)

**Upload Your Work(s)**

| Case Details | Step 1: Select & Upload Files |
|---|---|
| Case #: 1-4277280911 | |
| Title: XJat.7 | |
| Volume: | |
| Number: | |
| Issue Date: | |
| Type of Work: Work of the Visual Arts | |

(2) Send Your Work(s) by Mail:

- Click the "Create Shipping Slip" button in the table below, a Shipping Slip link will appear in the Attachments column.

- Click the Shipping Slip link and print out and attach the shipping slip(s) to your deposit copy(ies). For multiple cases, be sure to attach shipping slips to the corresponding copies.

- Mail the deposit copy(ies) within 30 days to the Copyright Office address at the bottom of the slip.Note: Your effective date of registration will be based on the date on which we receive the copies **with corresponding shipping slips attached.**

Click "Home" after uploading files(s) or printing slip(s). You may verify the submission in the open Cases table on your eCO Home page.

**Send Your Work(s) by Mail**

Create Shipping Slip
(JavaScript:SWESubmitForm(document.SWEForm1_0.s_0,"s_1_1_91_0","))

Privacy Act Notice, Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are
include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, re
Take Our Survey! (http://librarundiv.recordskeb.com/cici/re-copyright.acro)

EXHIBIT E











EXHIBIT F



EXHIBIT G



EXHIBIT H



EXHIBIT I



EXHIBIT J



EXHIBIT K



Cardinal Red, Weathered Zinc...LEED Gold






PAC-CLAD® Panels in 29 Energy Star® Colors!

Sustainable materials and eye-catching design. The PAC-CLAD T.2 Panels offer heavy horizontal shadow lines that are appealing for this LEED® Gold Certified project.

"We selected metal panels to give us the contemporary state-of-the-art look we wanted for the high profile site"

– Tom Norman, Project Manager + Designer with Ebert Norman Brady Architects

See all of our Corrugated Panels at www.PAC-CLAD.com.

WWW.PAC-CLAD.COM | IL: 1-800 PAC CLAD
MD: 1-800-344-1400 | TX: 1-800-441-8661
GA: 1-800-272-4482 | MN:1-877-571-2025

### contents | Jan.Feb 2011

**32**

#### In every issue!

**10 Editor's Note**

**12 Industry News**

**22 New Products**

**26 Market: Forecast**
BY JOHN HUGHES

**36 Market: Projects**

**48 Classifieds**

**49 Ad Index**

**50 Experimetal**
BY JIM SCHNEIDER

**18 International Roofing Expo**

**26 Tech: Roofs**
BY MARK A. TIMMONS, P.E.

**32 Market**
BY KJ FIELDS

**40 Applications: Walls**
BY LAURIE GRANT

**45 Applications: Residential**
BY HEIDI MOORE

Follow Metalmag on Twitter and Facebook
or visit us online at www.metalmag.com

## 50 Experimetal

Metal inspires a unique design solution for the Cedars-Sinai hospital campus in Los Angeles.

### BY JIM SCHNEIDER

ON THE COVER: X JET, CENTENNIAL, COLO.
PHOTOGRAPHY: RIGID GLOBAL BUILDINGS

Vol. 12, No. 1. JANUARY/FEBRUARY 2011. Metalmag® (ISSN 1542-295X; USPS 021 20005. Copyright 2011 by Hanley Wood LLC. Reproduction in whole or in part prohibi non-qualified recipients in the U.S. $36, Canada $64 (U.S. funds). All other countries to Metalmag, P.O. Box 3494, Northbrook, IL 60065-3494. Canada Post Registration #



Credit: Photos courtesy of Rigid Global Buildings